# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 524 |
| | : | |
| REAPPOINTMENTS TO INTERBRANCH | : | JUDICIAL ADMINISTRATION DOCKET |
| COMMISSION FOR GENDER, RACIAL | : | |
| AND ETHNIC FAIRNESS | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of November, 2019, Rhonda Hill Wilson, Esquire, Philadelphia, and Lucille Marsh, Esquire, Lackawanna County, are hereby reappointed as members of the Interbranch Commission for Gender, Racial and Ethnic Fairness for a term of two years, commencing December 31, 2019.